**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6650

ODELL REED, JR.,

Plaintiff - Appellant,

versus

JULIA LAFOON, Nurse at Brunswick Correctional
Center; she is sued in her individual and
official capacity; ALVIN E. HARRIS, Doctor at
Brunswick Correctional Center; he is sued in
his individual and official capacity; K.
RUNION, Warden at Brunswick Correctional
Center; he is sued in his individual and
official capacity; FRED SCHILLING, Health
Service Director for Virginia Department of
Corrections; he is sued in his individual and
official capacity; GENE M. JOHNSON, Director
for the Virginia Department of Corrections; he
is sued in his individual and official
capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:07-cv-00186-CMH)

Submitted:  October 31, 2007      Decided:  November 13, 2007

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Odell Reed, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odell Reed, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action under 28 U.S.C. § 1915A(b) (2000), for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reed v. Lafoon, No. 1:07-cv-00186-CMH (E.D. Va. filed Mar. 28, 2007 & entered Apr. 2, 2007). We deny Reed's motion to submit new evidence and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED